IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RITA MONTOYA,

     Plaintiff,

v.                                        No. 1:26-cv-01423-LF-JMR

THE UNIVERSITY OF NEW MEXICO,

     Defendants.

**ORDER DISMISSING DEFENDANTS' MOTION TO DISMISS AS MOOT**

THIS MATTER is before the Court on defendants University of New Mexico Board of Regents, Heather Jaramillo, and Francie Cordova's Motion to Dismiss Plaintiff's Complaint (Doc. 10).  On June 30, 2026, the parties stipulated that Plaintiff may file an amended complaint, Doc. 22, and on June 6, 2026, the Court granted leave for Plaintiff to file her amended complaint, Doc. 25.  Plaintiff timely filed her second amended complaint on July 8, 2026.[1]  Doc. 26.  The second amended complaint lists only one defendant, The University of New Mexico.  *Id.* at 2.

"An amended complaint supersedes the original complaint and renders the original complaint of no legal effect."  *Franklin v. Kan. Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) (citing *Miller v. Glanz*, 948 F.3d 1562, 1565 (10th Cir. 1991); *Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990)).  Plaintiff's amended complaint supersedes the original complaint that Defendants seek to dismiss, thus rendering Defendants' motion to dismiss moot.

---

[1] Plaintiff explains in her Stipulated Motion to File Second Amended Complaint (Doc. 26) that she mistakenly attached an incorrect version of the First Amended Complaint to her Stipulation to File First Amended Complaint (Doc. 21). The Second Amended Complaint filed as part of Document 26 is the operative complaint and will be referred to as the Second Amended Complaint.  The Clerk is directed to change the docket to show that Document 26 is the Second Amended Complaint.

Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 10) is DENIED AS MOOT. Pursuant to Plaintiff's amended complaint, defendants University of New Mexico Board of Regents, Heather Jaramillo, Francie Cordova, and Mei-Lee Palmer are dismissed from this matter, and defendant University of New Mexico is added as a defendant. All parties should comport their future filings in this matter to reflect these changes. The Court directs the Clerk to amend the caption to reflect the two parties to this lawsuit: Rita C. Montoya, Plaintiff, and The University of New Mexico, Defendant. Defendant's deadline to answer or otherwise respond to the Second Amended Complaint (Doc. 26) is July 29, 2026.

IT IS SO ORDERED.

Laura Fashing
United States Magistrate Judge

2